# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Gilbane Federal | ) | ASBCA No. 61032 |
| | ) | |
| Under Contract No. W912DY-08-D-0032 | ) | |

APPEARANCE FOR THE APPELLANT:    Harry Z. Rippeon III, Esq.
    Smith, Currie & Hancock LLP
    Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Thomas J. Warren, Esq.
    Acting Engineer Chief Trial Attorney
  Stephen W. Feldman, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Huntsville

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 October 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61032, Appeal of Gilbane Federal, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals